IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM G. ALLEN )  )  v. )  )  RONALD COLSON, WARDEN ) | No. 3:12-00242  JUDGE CAMPBELL |

ORDER

In prior Orders (Docket Nos. 55, 58, 62), the Court determined that the Petitioner's habeas application is second or successive, and indicated that this case would be transferred to the Sixth Circuit Court of Appeals unless the Petitioner filed a amended petition omitting the grand jury discrimination claim. As the Petitioner has failed to file such an amended petition as of the date of this Order (which is approximately three weeks after the deadline set by the Court), this case is transferred to the Court of Appeals for the Sixth Circuit, pursuant to 28 U.S.C. § 1631, in accordance with <u>In re Sims</u>, 111 F.3d 45 (6th Cir. 1997), and the pending habeas application is denied and dismissed for lack of jurisdiction.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE