IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

WILLIAM G. ALLEN )
)
v. ) No. 3:12-00242
) JUDGE CAMPBELL
RONALD COLSON, WARDEN )

## ORDER

Pending before the Court are Petitioner's Motion For Summary Judgment And Entitlement To Habeas Corpus Relief (Docket No. 83); Respondent's Motion For Waiver Of M.D. Tenn. Local Rule 56.01(b) (Docket No. 88); Respondent's Response To Petitioner's Motion for Summary Judgment And Respondent's Cross-Motion For Summary Judgment (Docket No. 89); and Petitioner's Reply (Docket No. 91).

For the reasons set forth in the accompanying Memorandum, Petitioner's Motion For Summary Judgment And Entitlement To Habeas Corpus Relief (Docket No. 83) is DENIED, and Respondent's Cross-Motion For Summary Judgment (Docket No. 89) is GRANTED. Respondent's Motion For Waiver Of M.D. Tenn. Local Rule 56.01(b) (Docket No. 88) is also GRANTED.

This Order shall constitute the judgment in this case pursuant to Fed. R. Civ. P. 58.

Should the Petitioner give timely notice of an appeal from this Memorandum and Order, such notice shall be treated as a application for a certificate of appealability, 28 U.S.C. 2253(c), which will not issue because the Petitioner has failed to make a substantial showing of the denial of a constitutional right. <u>Castro v. United States</u>, 310 F.3d 900 (6th Cir. 2002).

It is so ORDERED.

                                               _____
                                               TODD J. CAMPBELL
                                               UNITED STATES DISTRICT JUDGE